THE STATE, ARCHIBALD GRACIE KING, TRUSTEE, ET AL., PROSECUTORS, PLAINTIFFS IN ERROR, v. JOHN REID ET AL., DEFENDANTS IN ERROR.

THE STATE, JAMES C. McANDREW ET AL., PROSECUTORS, PLAINTIFFS IN ERROR, v. JOHN REID ET AL., DEFENDANTS IN ERROR.

Error to the Supreme Court.

For the plaintiffs in error, *Vredenburgh & Garretson.*

For the defendants in error, *Robert Gilchrist.*

Duffy v. Britton.

PER CURIAM. The writs of error in these cases bring up for review the judgments rendered in the cases respectively, in the Supreme Court, affirming an assessment upon the lands of the prosecutors for benefits conferred by the Bull's Ferry sewer. The judgments should be affirmed, for the reasons given by the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, DEPUE, KNAPP, SCUDDER, VAN SYCKEL, BROWN, CLEMENT, COLE, PATERSON, WHITAKER. 11.

*For reversal*—None.